GOLDMAN v HEALTHCARE MANAGEMENT SYSTEMS
Case No. 1:05-cv-0035

PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO LIABILITY

<u>List of Exhibits</u>

Exhibit A     Joel Goldman Deposition Transcript

Exhibit B     Declaration of Joel Goldman

Exhibit C     Thomas E. Givens Deposition Transcript

Exhibit D     John Doss Deposition Transcript

Exhibit E     HMS Certificate of Registration – TX 3-950-119

Exhibit F     HMS Certificate of Registration – TX 4-199-339

Exhibit G     4/5/04 Eckler email to J. Goldman

Exhibit H     HIS Certificate of Registration – TX 6-023-458

Exhibit I     Goldman Copyright Registration Deposit Materials
              1.   HMRAE7 Source Code
              2.   HMRY50 Source Code

Exhibit J     Goldman 1979 – 1983 Source Code
              1.   UGDRG Source Code
              2.   HMRA95 Source Code

Exhibit K     Medical Records Printouts:
              1.   Goldman HMRAE7
              2.   HMS MROAE7

Exhibit L     HMS MROAE7 Source Code

AA01\175413.1
ID\BLS