GOLDMAN v HEALTHCARE MANAGEMENT SYSTEMS
Case No. 1:05-cv-0035

PLAINTIFF'S MOTION FOR SANCTIONS FOR DEFENDANTS' SPOLIATION OF EVIDENCE

List of Exhibits

Exhibit A   2/11/05 Order

Exhibit B   2/18/05 Poznak letter Bylsma

Exhibit C   3/10/05 Rule 16 Joint Status Report

Exhibit D   5/17/05 Stipulated Discovery and Protective Order

Exhibit E   Thomas E. Givens Deposition Transcript

Exhibit F   Mark McCaghren Deposition Transcript

Exhibit G   MROE80 Source Code (excerpt, first two pages)

Exhibit H   John Doss Deposition Transcript

Exhibit I   July 2002 Escrow Agreement

Exhibit J   Communities For Equity v. Michigan High School Athletic Ass'n. 9/21/01 Order

AA01\175404.1
ID\BLS