# EXHIBIT G

```
,*****************************************************************
,*  MR-31927  05/08/01   XXX    Time zone offset processing added.        *    MROE80
,*****************************************************************
 *
 *
H/COPY UTILIT/QRPGLESRC,ILECPYH
 *
 *************************************************************
 *************************************************************
 **                                                         **
 **          Healthcare Management Systems Inc.             **
 **                                                         **
 **          (c) COPYRIGHT 1994   HMS MONITOR               **
 **                                                         **
 **                                                         **
 *************************************************************
 *************************************************************
 *
F*************************************************************MROE80
F*                    PROGRAM OBJECTIVES                       *MROE80
F*  THIS PROGRAM PRINTS THE YTD EXECUTIVE SUMMARY REPORT.      *MROE80
F*                                                             *MROE80
F*                                                             *MROE80
F*PROGRAMMER        -  ANNITA MILKWICK                         *MROE80
F*                                                             *MROE80
F*COMPANY NAME      -  ADVANCED INFORMATION CONCEPTS           *MROE80
F*                                                             *MROE80
F*DATE WRITTEN      -  2/10/86                                 *MROE80
F*                                                             *MROE80
F*     ---------     REVISION LOG  ---------------------------
F*
F*   REV.# DATE     INITIALS  DESCRIPTION
F*   ----- --------- --------  ---------------------------------
F*    0001  6.07.90  JOHNNY L. SPLIT OUT HSV'S WITH 'HIGH REPT.
F*                             PRIOIRTY' AND SUMMARIZE LOW PRIOR.   *MROE91
F*                             INTO OTHER.
F*
F*    0002 09.26.90 JOHNNY L. .EXPANDED ABSTRACT FILE REL. 8.0
F*                            .CHANGED RECORD SELECT TO PAT CLASS   *MROE91
F*                            .CHANGED TO PROCESS PROCETOT AND
F*                             DIAGNAST,ABSTRACT BY PAT. CLASS
F*                            .PRINT TOTALS ON BREAK IN CLASS
F*                                                                  *MROP90
F*    0002 02.07.91 JOHNNY L. .FIXED ROUTINE THAT ADJUSTS DAYS
F*                             IN CARE UNITS FOR UTIL OF SVC        *MROE91
F*                                                                  *MROP90
F*    0003 06.20.91 MARK. G.   CONVERT TO NATIVE. CHANGE TO READ
F*                             ABSTRACT FILE FROM OPNQRYF           *MROP90
F*MR-11194 03/23/92   JHL     CHNGED CONTROL BREAK CALCS TO HANDLE
F*                             HIGH DIAG/PROC RECORDS PROPERLY.    *MROP90
F*MR-12455 11/30/92   JHL     ELIMINATE 'DIV BY 0' MSG WHEN NO. OF
F*                             ADMISSIONS EXCLG NEWBORNS IS ZERO.  *MROP90
F*MR-13330 06/14/93   JHL     CHANGED TO BREAK ON SERVICE CLASS
F*                             AND PAT CLASS.  FOR PSYCH SRV CLASS,
F*                             SOME INFO REMOVED, SOME ADDED.
F*                             IF PSYCH, COUNT CONS PHYS 1 THRU 3.
F* MR-13334 09/07/93  JHL     CHANGE PATIENT TOTALS BY DISPOSITION
F*                             TO BE LISTED BY DIS STAT REPT PRTY.
F* MR-15109 06/09/94  TC      CHANGE HOSPITAL SERVICE TOTAL LINES TO ONLY
F*                             PRINT IF NOT EQUAL TO ZERO.  ALSO CHANGE
F*                             TO USE 50 ELEMENT ARRAYS TO STORE ALL
F*                             HOSPITAL SERVICE INFORMATION.  THEN RETRIEVE
F*                             NON-ZERO HOSPITAL SERVICE INFORMATION TO
F*                             PRINT FROM 16 ELEMENT ARRAYS ON THE REPORT.
F* MR-16052 12/29/94  JHL     FOR PSYCH, PRINT SOCIAL PROBS IN
F*                             PLACE OF STRESSORS. MAKE REHABS
F*                             PRINT LIKE PSYCHS, BUT EXCLUDE
F*                             SOCIAL PROBS & SPECIAL TREATMENTS.
F* MR-19999 12/11/96  JMM     ADD ISO DATES TO ABSTRACT
F* MR-16881 03/21/97  JMM     ADD ADDITIONAL OB CODES
F* MR-20887 04/07/97  JMM     FIX PROBLEM WITH DEATH TOTAL FOR REHAB/PSYCH
```

MROE80

DEPOSITION EXHIBIT
Goldman 4
PENGAD-Bayonne, N.J.

```
     F* MR-26801 04/03/99 BEF    CHANGE ABSTRACT RECORD TO 800      AB/PSYCH
     F* MR-27909 07/14/99 BEF    DEATH DETAIL NOT ACCURATE IF MORE THAN  YCH
     F*                          ONE DISCHARGE STATUS SET UP AS EXPIRED  YCH
     F* MR-28375 01/05/00 BEF    TAKE OUT CHECK FOR AEN(X) > 0 SINCE THE YCH
     F*                          # OF OCCURANCE DOESN'T HAVE TO BE ENTEREDYCH
     F*                          IN ABSTRACT                             YCH
     F* MR-30223 03/09/00 BEF    INCREASE ARRAY INDEX SIZE IN CASE YOU RUNYCH
     F*                          THIS REPORT FOR LONG TIME FRAME         YCH
     F* MR-30579 04/20/00 BEF    FIX PIF 28375/INSTEAD OF CHECKING # U RUNYCH
     F*                          OF OCCURANCES/CHECK Y/N FLAG AEF(X) U RUNYCH
     F* MR-30616 04/24/00 BEF    ONLY INCLUDE ACTUAL DISCHARGES FOR TOTALSYCH
     F*                          RATHER THAN ADDING IN-HOUSE PATIENTS TOO YCH
     F* MR-33439 12/13/00 JCS    Doctor#/FC field expansion project
     F* MR-37394 10/08/01 JCS    CHANGE LOGIC TO INCLUDE ONLY THOSE RECORDS SELECTED
     F*                          TO PRINT ON THE REPORT FOR THIS SELECTION RANGE.
     F*                          THIS WILL ENSURE THE PCT ARE CALCULATED CORRECTLY
     F* MR-37395 10/08/01 JCS    USE NEW LOGIC TO DETERMINE DAY OF WEEK VALUE
     F* MR-38751 02/06/02 jhl    Correction to pif MR-37394 when ind 89 was
     F*                          added to the logic we lost all the newborn
     F*                          data.
     F* MR-39449 03/29/02 jhl    Length of stay overstated *in79 never set off
     F*                          changed reference from legacy date to iso
     F*MR-39767 07/23/02 BIC     change for abnblb/abnboz filler
     F*                          compile only
     F* MR-39843 08/01/02 jrs    PGM loading 1st 30 recs in FCDESC- load em
     F*                          98, then sort and print top 10.
     F* MR-41943  9/10/02 jrs    Pgm is using 4 pos. procedure date (mmdd) &
     F*                          calc. the year; use the ISO date instead.
     F* pa-42118 11/12/02 cmb    DSSTAT chgd. compile only
     F* MR-43081 04/07/03 TRI    Externalize Abstract
      * MR-53038 09/17/04 jhl    Compile Only New record layout absext
      * MR-53828 11/26/04 jrs    Disch status 20 (Expired) loaded to array(29)
      *                          if facil is med/surge; if there are 29 or more
      *                          Dsstat records, array(29) is overwritten & deaths
      *                          aren't calculated.
      * MR-55069 02/09/05 TRI    Fix printing procedure date of 01/01 when
      *                          ISO date field is 01-01-0001.
      * MR-55642 03/09/05 MLM    Remove commented code. Compile only.
     F*******************************************************************MR0E80
     FDIAGNTOT  IP    F   64         DISK                                MR0E80
     FPROCETOT  IS    F   64         DISK                                MR0E80
43081FABSTRACT  IS    E             DISK                                 MR0E80
13330FABSEXT    IF    E             K DISK                               MR0E80
     FSYSCTL    IF    F  256         7AIDISK    KEYLOC(1)                MR0E80
     FMRSERV    IF    F   32         2AIDISK    KEYLOC(1)                MR0E80
33439FFCDESC    IF    F  225         2AIDISK    KEYLOC(186)
     FTYPDESC   IF    F   32         1AIDISK    KEYLOC(1)                MR0M03
13334FDSSTAT    IF    E             K DISK                               FHC200
     FQSYSPRT   O     F  132         PRINTER OFLIND(*INOF)               MR0E80
     D/COPY UTILIT/QRPGLESRC,ILECPYD
22111DPDAT1ISO           S               D    DATFMT(*ISO) INZ
22111DPDAT2ISO           S               D    DATFMT(*ISO) INZ
22111DUDATEISO           S               D    DATFMT(*ISO) INZ
55069DZero_date          S               D    DATFMT(*ISO) INZ
41943Dabprdt             S               D    DIM(10) DATFMT(*ISO) INZ
     D ABD               S              5      DIM(10)                   DIAGNOSIS CODES
MR0
     D ABP               S              4      DIM(10)                   PROCEDURE CODES
MR0
     D ABG               S              1      DIM(10)                   SURGERY CODE
MR0
     D ABT               S              5  0   DIM(5)                    UTIL. OF SERVICE
MR0
     D AB1               S              2  0   DIM(5)                    SERVICE
MR0
     D AB2               S              3  0   DIM(5)                    DAYS
MR0
33439D ABC               S              5  0   DIM(6)                    CONSULTING PHYS.
MR0
33439D ABS               S              2      DIM(3)                    FINANCIAL CLASS
MR0
```