GOLDMAN v HEALTHCARE MANAGEMENT SYSTEMS
Case No. 1:05-cv-0035

PLAINTIFF'S MOTION FOR SANCTIONS FOR DEFENDANTS' SPOLIATION OF EVIDENCE

List of Exhibits

A   Deposition of Thomas E. Givens (excerpts)

B   Deposition of Mark McCaghren (excerpts)

C   Norman Jacobson Report on Liability

D   HMS-Oktibbeha Hospital Software Services Contract

E   Deposition of John Doss (excerpts)

F   Vincent Thomas Report on Plaintiff's Damages

AA01\175404.1
ID\BLS