# E

A002EAA
JOHN DOSS    APRIL 21, 2006

1       IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF MICHIGAN
2                 SOUTHERN DIVISION

3

4   JOEL GOLDMAN,                        )
                                         )
5                  Plaintiff,            )
    vs.                                  ) CASE NO.
6                                        ) 1:05 CV 0035
    HEALTHCARE MANAGEMENT SYSTEMS, INC.)
7   and THOMAS E. GIVENS,                )
                                         )
8                  Defendants.           )
                                         )
9   _____)

10       THE DEPOSITION OF

11       JOHN DOSS

12       Taken on Behalf of the Plaintiff

13       April 21, 2006

14

15

16

17

18

19

20   _____

21
     ATKINSON-BAKER, INC.
22   COURT REPORTERS
     (800) 288-3376
23   www.depo.com

24   Reported by: Edward F. Kidd, Registered Professional
                  Reporter and Notary Public
25   FILE NO.:  A002EAA

Page 1

```
 1    Q.      When did Tom mention him?
 2    A.      I don't -- you know, I don't really remember
 3    when.  We heard about him in kind of the late '90s, and
 4    Tom mentioned him maybe when we were first starting in
 5    the early years.  But that's the best I recollect.
 6    Q.      Other than those two times that you can
 7    recollect when you were just starting, and that means
 8    just starting AIC and HMS; is that right?
 9    A.      Yes, correct.
10    Q.      And the '90s I think was another period you
11    mentioned, other than those two times, can you recall
12    any other times Tom Givens may have mentioned Joel
13    Goldman to you?
14    A.      No.
15    Q.      Let's go to the most recent first.
16    A.      Sure.
17    Q.      In the 1990s, what was the context in which Tom
18    Givens mentioned Mr. Goldman's name; do you recall?
19    A.      Well, we -- he mostly just mentioned it as,
20    yeah, you know, we knew him or something like that back
21    at AMC.  And that was about the sum of it.
22    Q.      And how did his name come up?
23    A.      He won a piece of business that we were trying
24    to get.
25    Q.      Okay.
```

```
 1   A.      At HMS.
 2   Q.      Do you remember which hospital that was?
 3   A.      I'm embarrassed.  The hospital is in Rollins --
 4   I'm sorry.  Rollins, Montana, Rollins, Wyoming, one of
 5   those two states.  There is a little difference there.
 6   I can't remember which one.
 7   Q.      Yeah, I can't remember if it was Montana or
 8   Wyoming.
 9   A.      Those are big states.
10   Q.      Let's go back to the earlier time that his name
11   came up.  When HMS was first starting, do you recall
12   the context that his name came up that time?
13   A.      You know, I would just be guessing.
14   Q.      I don't want you to guess.
15   A.      Yeah.
16   Q.      I don't want you to speculate.
17   A.      Yeah.
18   Q.      Was it something to do with the medical records
19   source code?
20   A.      My recollection was that his name came up, and
21   what Tom mentioned was that he wore a gold chain or
22   something like that.
23   Q.      Uh-huh.
24   A.      That's it.
25   Q.      You remember his saying, you remember Tom
```

```
 1   by you to be the -- if you understand what I mean by
 2   core?
 3   A.       Uh-huh.
 4   Q.       Circle the ones that are the core modules at
 5   the time of this contract.
 6   A.       Okay.  Again, some of this relates to certain
 7   relationships that the client already may have in
 8   place, but I think this represents.  Okay.
 9   Q.       At least what you've circled is an
10   approximation?
11   A.       Uh-huh.
12   Q.       Understanding that things can vary by customer
13   or by special circumstances?
14   A.       Well, and I just comment that the other
15   exception there is the relative market acceptance of a
16   given kind of automation.  For example, I did not
17   circle electronic medication administration record.
18   That's very important, but it's acceptance in the
19   marketplace has been relatively slow.  At the time we
20   did this contract, this was pretty new stuff.  These
21   days it's pretty well accepted that is almost a ticket
22   to entry, a requirement.
23   Q.       Uh-huh?
24   A.       Rather than an optional module.
25   Q.       Are the ones that you circled, using your term,
```

```
 1  a ticket to entry, are the ones that you circled all
 2  tickets to entry?
 3  A.      Uh-huh.
 4              MR. DENNEN:  Answer yes or no.
 5              THE WITNESS:  I'm sorry.  Yes.
 6              MR. DENNEN:  Just for the record, John,
 7  why don't you read the ones that you circled so we
 8  don't have any questions later.
 9              THE WITNESS:  Okay.  I'm reading the heavy
10  black print.
11              MR. DENNEN:  Yes, don't read anything
12  else.
13              THE WITNESS:  Patient accounting,
14  quarterly LMRP updates, Health Information Management,
15  accounts payable, general ledger, payroll, human
16  resources, time and attendance, materials management,
17  HMS report archive, clinical view, patient care
18  documentation, order communications, pharmacy, Medispan
19  database support for pharmacy laboratory, radiology,
20  and finally electronic remittance advice, 835s.
21  BY MR. SMITH:
22  Q.      And what do you mean by ticket to entry?  What
23  do you mean by that?
24  A.      A minimum requirement to proceed in the sales
25  process.
```

74

| | |
|---|---|
| 1 | Q. And is that requirement coming from HMS or is |
| 2 | it coming from the customer? |
| 3 | A. It's coming from the prospect. |
| 4 | Q. From the prospect? |
| 5 | A. Yes. |
| 6 | MR. SMITH: Okay. Off the record. |
| 7 | (Recess taken.) |
| 8 | BY MR. SMITH: |
| 9 | Q. We're back from lunch. Where we left off, |
| 10 | Mr. Doss, we were looking a some of the items in |
| 11 | Exhibit 47 and also a newly marked exhibit which both |
| 12 | concern contracts between HMS and its hospitals. I'd |
| 13 | like to show you now another exhibit. What is |
| 14 | E-Health? |
| 15 | A. E-Health is the wholly-owned subsidiary of HMS. |
| 16 | Q. What does E-Health do? |
| 17 | A. It provides ASP services. |
| 18 | Q. That is ASP would be -- what does that stand |
| 19 | for? Did you mean to say ISP? |
| 20 | A. No, I meant to say ASP. ASP is a standard |
| 21 | acronym for application service provider. |
| 22 | Q. That would be -- how would that work? Would |
| 23 | that mean a hospital could access remotely a computer |
| 24 | system that has software running on that remote |
| 25 | computer system? |