GOLDMAN v HEALTHCARE MANAGEMENT SYSTEMS
Case No. 1:05-cv-0035

PLAINTIFF'S REPLY IN SUPPORT OF HIS
MOTION FOR PARTIAL SUMMARY JUDGMENT

<u>List of Exhibits</u>

Exhibit A   Deposition of Joel Goldman (excerpts)

Exhibit B   Second Declaration of Joel Goldman

Exhibit C   Expert Report of Glenn W. Perdue (excerpts)

Exhibit D   Deposition of Thomas Kasinec (excerpts)

Exhibit E   Deposition of Thomas E. Givens (excerpts)

Exhibit F   Deposition of Thomas McDougald (excerpts)

Exhibit G   <u>Law Enforcement Training and Research Associates v. City and County of San Francisco</u>, 1991 WL 172416 (9th Cir. 1991)

AA01\177359.1
ID\BLS