IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOEL GOLDMAN, ) | |
| ) | Case No. 1:05 CV 0035 |
| Plaintiff, ) | |
| ) | Hon. Paul L. Maloney |
| v. ) | |
| ) | |
| HEALTHCARE MANAGEMENT ) | |
| SYSTEMS, INC. and THOMAS E. ) | |
| GIVENS, ) | |
| ) | |
| Defendants. ) | |

_____

## DEFENDANTS' SECOND AMENDED WITNESS LIST FOR *DAUBERT* HEARING

On March 14, 2008, at 5:23 p.m., this Court issued an Order which, among other things, struck Defendants' Amended Motions in Limine/*Daubert* Motions on Plaintiff's Experts. Based on the effect of the March 14 Order, Defendants hereby amend their witness list to indicate that they will not call either Glenn Perdue or Paul Agee to testify at the *Daubert* hearings. The Court's March 14 Order effectively removed some issues from consideration at the currently scheduled *Daubert* hearings, and the foregoing witnesses were going to be testifying regarding some of those issues. In light of the Court's Order, their testimony is no longer needed for purposes of the March 18-20 *Daubert* hearings.

Defendants reaffirm the balance of their initial March 4 witness list, as modified by the amended witness list filed by Defendants on March 12, 2008.

2

        Respectfully submitted,

        **VARNUM, RIDDERING, SCHMIDT and HOWLETT, LLP**

DATED: March 17, 2008    By:    /s/ Richard A. Kay
        Richard A. Kay  (P23050)
        Adam J. Brody (P62035)
        333 Bridge Street N.W.
        P.O. Box 352
        Grand Rapids, MI  49501-0352
        Phone:  (616) 336-6000
        Fax:  (616) 336-7000
        E-mail:  rakay@varnumlaw.com
            ajbrody@varnumlaw.com

- and –

**BONE McALLESTER NORTON, PLLC**

By:  /s/ Keith C. Dennen
      Keith C. Dennen, BPR #12618
      511 Union Street, Suite 1600
      Nashville, TN 37219
      Phone:  (615) 238-6340
      Fax:  (615) 238-6301
      Email: kdennen@bonelaw.com

*Attorneys for Defendants*

1793146_1.DOC

## CERTIFICATE OF SERVICE

      I hereby certify that on March 17, 2008, I electronically filed the foregoing, **Defendants' Second Amended Witness List For *Daubert* Hearing**, with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Bradley L. Smith, Esq.
bsmith@usebrinks.com
BRINKS, HOFER, GILSON & LIONE
524 South Main Street, Suite 200
Ann Arbor, Michigan 48104-2921

      /s/ Richard A. Kay
      Richard A. Kay (P23050)
      Adam J. Brody (P62035)
      VARNUM, RIDDERING, SCHMIDT
      & HOWLETT LLP
      Attorneys for Defendants
      Bridgewater Place, P.O. Box 352
      Grand Rapids, Michigan, 49501-0352
      (616) 336-6000
      rakay@varnumlaw.com
      ajbrody@varnumlaw.com