UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOEL GOLDMAN,

       Plaintiff,

                                    Case No. 1:05-cv-035

-v-

                                    HONORABLE PAUL L. MALONEY

HEALTHCARE MANAGEMENT
SYSTEMS, INC. and THOMAS E. GIVENS,

       Defendants.

OMNIBUS ORDER RESOLVING PRETRIAL MOTIONS

    Before this Court are numerous pretrial motions. The trial is scheduled to begin on July 14, 2008. The final pretrial conference was held on June 16, 2008. This order resolves most of the remaining pretrial motions and is issued now to provide timely notice to the parties in advance of trial. Any remaining motions will be addressed separately. Opinions supporting this Order will follow.

**IT IS HEREBY ORDERED:**

1. Plaintiff's Motion (Dkt. No. 157) in Limine to Exclude Evidence Relating to the Defense of Fair Use is **DENIED.**

2. Defendants' Motion (Dkt. No. 171) in Limine Regarding Plaintiff's Trade Secret Claims is **DENIED.**

3. Defendants' Motion (Dkt. No. 174) in Limine Regarding Materials Deposited by Plaintiff with Copyright Office is **DENIED.**

4. Defendants' Motion (Dkt No. 176) Regarding Plaintiff's Palming Off Claim is **DENIED.**

5. Defendants' Objection (Dkt. No. 187) to Magistrate's Order is **OVERRULED.**

6. Defendants' Motion (Dkt. No. 204) for leave to File Reply to Plaintiff's Response to Motion in