UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Place | Judge |
|---|---|---|---|---|
| 1:05-cv-00035 | 7/1/2008 | 2:00 p.m. - 7:48 p.m. | Grand Rapids | Ellen S. Carmody |

**CASE CAPTION**

| Plaintiff(s): | Defendant(s): |
|---|---|
| Joel Goldman | Healthcare Management Systems, Inc., et al. |

**APPEARANCES**

| Attorney: | Representing: |
|---|---|
| Bradley L. Smith | Plaintiff(s) |
| Keith C. Dennen<br>Richard A. Kay<br>Adam John Brody<br>Sharon O. Jacobs | Defendant(s) |

**PROCEEDINGS**

**NATURE OF HEARING:** Settlement Conference held; case settled; order to issue.

Settlement Portion Only Digitally Recorded
Deputy Clerk: J. Lenon