IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOEL GOLDMAN,

    Plaintiff,

v.

HEALTHCARE MANAGEMENT SYSTEMS,
INC. and THOMAS E. GIVENS,

    Defendants.

Case No. 1:05 CV 0035

HON. PAUL L. MALONEY

## STIPULATION AND ORDER FOR DISMISSAL

NOW COME the parties, by and through their respective counsel of record, and stipulate and agree that the above-captioned civil action shall be dismissed immediately, with prejudice and without costs to either party.

| | |
|---|---|
| DATED: August 6, 2008 | DATED: August 6, 2008 |
| BRINKS, HOFER, GILSON & LIONE, PC<br>Attorneys for Plaintiff | VARNUM, RIDDERING, SCHMIDT & HOWLETT LLP<br>Co-Counsel for Defendants |
| By:  s/Bradley L. Smith<br>    Bradley L. Smith (P48138)<br>Business Address & Phone:<br>    524 South Main Street, Suite 200<br>    Ann Arbor, MI 48104-2921<br>    (734) 302-6032<br>    bsmith@usebrinks.com | By:  s/Richard A. Kay<br>    Richard A. Kay (P23050)<br>Business Address & Phone:<br>    Bridgewater Place, P.O. Box 352<br>    Grand Rapids, MI 49501-0352<br>    (616) 336-6000<br>    rakay@varnumlaw.com<br>    ajbrody@varnumlaw.com |
| | - and - |
| | BONE McALLESTER NORTON, PLLC<br>Keith C. Dennen, BPR #12618<br>Co-Counsel for Defendants<br>511 Union Street, Suite 1600<br>Nashville, TN 37219<br>Phone: (615) 238-6340<br>Fax: (615) 238-6301<br>Email: kdennen@bonelaw.com |

**ORDER**

Pursuant to the parties' stipulation above, NOW THEREFORE,

IT IS HEREBY ORDERED that this matter is DISMISSED in its entirety with prejudice and without costs to either party.


DATED: August ____, 2008          _____
                                          HONORABLE PAUL L. MALONEY
                                          U.S. District Court Judge

2095159_1.DOC